UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Case No. 06-22091-CIV-GRAHAM/O'SULLIVAN

A.M.S., et al,

    Plaintiffs,

v.

CARNIVAL CORP.,

    Defendants.
_____/

### NOTICE OF COURT PRACTICE UPON
### NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon a Mediator's Report indicating that an agreement had been reached in this matter [D.E. 64]. Based thereon,

**THE PARTIES** are hereby notified that, within ten (10) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of any Settlement Agreement.

**DONE AND ORDERED** in Chambers at Ft. Pierce, Florida, this 31st day of July, 2007.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge O'Sullivan
    Counsel of Record